UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-80499-CIV-MIDDLEBROOKS/JOHNSON

MARY McMAHON,

    Plaintiff,

v.

CITY OF RIVIERA BEACH and JENNIFER
NUBIN, individually, and BEACH PLACE
2000, LTD., d/b/a DAYS INN-SINGER ISLAND,
a Florida limited partnership

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant City of Riviera Beach's Motion to Dismiss (DE 3), Defendant Jennifer Nubin's Motion to Dismiss (DE 6), and Defendant Beach Place 2000, Ltd., d/b/a Days-Inn-Singer Island's ("Beach Place") Motion for Extension of Time to Respond to "Amended Complaint" (DE 9). The Court has reviewed the record and is fully advised in the premises.

Plaintiff and Defendants City of Riviera Beach and Jennifer Nubin have agreed to the entry of an order granting defendants' respective motions to dismiss and to permit Plaintiff to file an Amended Complaint within ten days. Defendant Beach Place is aware that an Amended Complaint is forthcoming and requests an extension of time to respond to said Amended Complaint.

Accordingly, it is ORDERED AND ADJUDGED that:

1. Defendant City of Riviera Beach's Motion to Dismiss (DE 3) is GRANTED;

2. Defendant Jennifer Nubin's Motion to Dismiss (DE 6) is GRANTED;

3. Defendant Beach Place 2000, Ltd., d/b/a Days-Inn-Singer Island's ("Beach Place") Motion for Extension of Time to Respond to "Amended Complaint" (DE 9) is GRANTED;

4. Plaintiff shall file an Amended Complaint within ten days, and all Defendants shall file responsive pleadings ten days thereafter.

DONE AND ORDERED in Chambers at West Palm Beach, Florida this ___ day of June, 2008.

                                             DONALD M. MIDDLEBROOKS
                                             UNITED STATES DISTRICT JUDGE

Copies to counsel of record